**\*E-FILED 05-23-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHE JUNCKER individually and as Guardian Ad Litem for MARINA MARTIN-JUNCKER; VALERIE BARRON, individually and as Guardian Ad Litem for LAMART JOHNSON, LASHAWN JOHNSON, and KATAESHA DUBOSE; and KELVIN DUBOSE,<br><br>        Plaintiffs,<br>  v.<br><br>CLARITO REALICA; ELVIRA REALICA; MARK REALICA; RICARDO DE LEON; MAYNARD DE LEON; and REGINA VENTURA,<br><br>        Defendants. | No. C11-00886 HRL<br><br>**ORDER (1) CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; (2) SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; AND (3) EXTENDING DEADLINE FOR PLAINTIFFS TO SERVE DE LEON DEFENDANTS** |

Because not all parties have yet appeared and consented to the undersigned's jurisdiction, IT IS ORDERED THAT:

1. Plaintiffs' request for additional time to locate and serve the De Leon defendants is granted as follows: Plaintiffs shall have until **July 29, 2011** to effect service on the De Leon defendants.

2. The May 24, 2011 initial case management conference is **continued to August 30, 2011, 1:30 p.m.** in Courtroom 2. All related deadlines are adjusted accordingly, and the parties' Joint Case Management Statement shall be filed no later than **August 23, 2011**.

2. **Within 10 days from the date of this order**, all defendants who have appeared shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov.

SO ORDERED.

Dated:   May 23, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

2

1  5:11-cv-00886-HRL Notice has been electronically mailed to:

2  Jessica Fry     jessicaf@lawfoundation.org

3  Jessica Lynn Fry     jessicaf@lawfoundation.org, teresam@lawfoundation.org

4  Richard L. Beckman     rbeckman@beckmanblair.com, khakie@bmdllp.com

5  Sayuri K. Sharper     ssharper@alum.mit.edu, ssharper@sharperlaw.com

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California