RICHARD BECKMAN, ESQ. (SBN# 148375)
**BECKMAN BLAIR LLP**
703 Market Street, Ste. 1610
San Francisco CA 94102
Tel.: (415) 495-8500
Fax: (415) 495-8590

Attorneys for Defendants
CLARITO REALICA, ELVIRA REALICA,
MARK REALICA, and REGINA
VENTURA

*E-FILED 08-29-2011*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| CHRISTOPHE JUNCKER, individually and as Guardian Ad Litem for MARINA MARTIN-JUNCKER, VALERIE BARRON, individually and as Guardian Ad Litem for LAMART JOHNSON, LAWSHAWN JOHNSON, and KATAESHA DUBOSE, and KELVIN DUBOSE,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARITO REALICA, ELVIRA REALICA, MARK REALICA, RICARDO DE LEON, MAYNARD DE LEON and REGINA VENTURA<br>　　　　　　Defendants. | Case No.: **CV 11-0886-HRL**<br><br>Honorable Howard R. Lloyd, Magistrate Judge<br>ORDER GRANTING<br>REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE  per CIVIL L.R. 16-10<br><br>CMC Date: August 30, 2011<br>　Time: 1:30 p.m.<br>　Place: Courtroom 2<br><br>[Re:  Docket No. 20] |

　　　　Richard Beckman, Counsel for Defendants, CLARITO REALICA, ELVIRA REALICA, MARK REALICA, and REGINA VENTURA, hereby seeks permission to participate in the Case Management Conference scheduled for August 30, 2011 by telephone. Due to counsel's belated recognition of a pending absence from the Bay Area, this request is made less than 7

- 1 -
**Juncker v. Realica** Case # CV 11-0886-HRL
REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE

days from the scheduled conference date, and counsel requests that the Court grant permission to attend by telephone, as there is no objection from plaintiff's counsel, and it would be a significant difficulty for defendants' counsel to personally appear at the conference.

Respectfully submitted.

Dated: August 26, 2011                               **BECKMAN BLAIR, LLP**

By: Richard Beckman
Attorneys for Defendants
CLARITO REALICA, ELVIRA REALICA,
MARK REALICA, and REGINA VENTURA

**Defendants' request is granted.  Counsel shall initiate the call to the court via CourtCall, 866-582-6878.**

**SO ORDERED.**

**Dated:   August 29, 2011**

Howard R. Lloyd
United States Magistrate Judge