1  Jessica Fry, Bar No. 264480
   jessicaf@lawfoundation.org
2  Sayuri K. Sharper, Bar No. 232331
   ssharper@sharperlaw.com
3  LAW FOUNDATION OF SILICON VALLEY
   FAIR HOUSING LAW PROJECT
4  152 North Third Street, Third Floor
   San Jose, CA 95112
5  Telephone:  (408) 280-2458
   Facsimile:  (408) 293-0106
6
   Attorneys for Plaintiffs Christophe Juncker,
7  Marina Martin-Juncker, Valerie Barron,
   Lamart Johnson, Lashawn Johnson, Kataesha
8  DuBose, and Kelvin Duose

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **San Jose Division**
12

| | |
|---|---|
| CHRISTOPHE JUNCKER, individually and as Guardian Ad Litem for MARINA MARTIN-JUNCKER, VALERIE BARRON, individually and as Guardian Ad Litem for LAMART JOHNSON, LASHAWN JOHNSON, and KATAESHA DUBOSE, and KELVIN DUBOSE,<br><br>        Plaintiffs,<br><br>v.<br><br>CLARITO REALICA, ELVIRA REALICA, MARK REALICA, RICARDO DE LEON, MAYNARD DE LEON, and REGINA VENTURA,<br><br>        Defendants. | **Case No.  11-CV-00886-HRL**<br><br><br><br>**STIPULATION TO THIRD EXTENSION OF TIME TO SERVE RICARDO DE LEON AND [PROPOSED] ORDER** |

        This Stipulation to Third Extension of Time to Serve Ricardo De Leon and Order thereon ("Stipulation") is entered by plaintiffs Christophe Juncker, as an individual and as guardian ad litem Marina Juncker, Kelvin DuBose, and Valerie Barron, as an individual and as guardian ad litem for Lashawn Johnson, Lamart Johnson, and Kataesha DuBose ,on the one hand and defendants Clarito Realica, Elvira Realica, Mark Realica, and Regina Ventura, on the other, through their respective counsel.

1  On August 30, 2011, the court issued an order granting a second extension of time to the
2  plaintiffs to serve defendant Ricardo De Leon until October 20, 2011. See Order (1) Granting
3  Second Extension of Time for Plaintiffs to Serve De Leon Defendants; (2) Setting Deadline for
4  Private Mediation; and (3) Setting Further Case Management Conference [Docket No. 23] at ¶1.
5  At the same time, the court ordered that, "[t]o the extent that the other defendants have
6  information as to the De Leons' whereabouts, they shall furnish that information to plaintiffs
7  forthwith." *Id.*
8  On October 14, 2011, defendants served upon plaintiffs belated and incomplete discovery
9  responses, including an address for Ricardo de Leon.
10  On October 18, 2011, plaintiffs obtained a summons from the court for Defendant Ricardo
11  De Leon. See Docket No. 26.
12  Since that time, plaintiffs have been diligently trying to serve the summons and complaint
13  upon defendant Ricardo De Leon, but have been unable to do so. Therefore, plaintiffs request that
14  the court allow a third extension of time to serve defendant Ricardo De Leon for one month, by
15  November 20, 2011.
16  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE
17  UNDERSIGNED COUNSEL FOR THE PARTIES HEREIN that the court extends the deadline to
18  serve defendant Ricardo De Leon to November 20, 2011.

DATED: October 21, 2011        Respectfully Submitted,

                               LAW FOUNDATION OF SILICON VALLEY
                               FAIR HOUSING PROJECT


                               By      /s/ Jessica Fry
                                   Jessica Fry
                                   Attorney for Plaintiffs

DATED: October 21, 2011        BECKMAN BLAIR, LLP


                               By      /s/ Richard Beckman
                                   Richard Beckman
                                   Attorney for Defendants Clarito Realica, Elvira
                                   Realica, Mark Realica, and Regina Ventura

-2-                                                            Case No. 11-CV-00886-HRL
Stipulation and Proposed Order for Third Extension of
Time to Serve Defendant Ricardo De Leon

**ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWING, IT IS SO ORDERED that the deadline to serve defendant Ricardo De Leon be extended to November 20, 2011.

Dated: November 8, 2011            By: _____
                                        U.S. MAGISTRATE JUDGE HOWARD L. LLOYD