AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

**FILED**
JAN 0 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Christophe Juncker, et al.
    Plaintiff (s),

v.

Clarito Realica, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-00886-hrl

Notice is hereby given that, subject to approval by the court, __Clarito Realica__ substitutes
(Party (s) Name)

__Kevin K. Cholakian / Brian Finn__, State Bar No. __103423/142368__ as counsel of record in
(Name of New Attorney)

place of __Richard Beckman__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Cholakian & Associates
    Address: 400 Oyster Point Blvd., Ste. 415, South San Francisco, CA 94080
    Telephone: (650) 871-9544      Facsimile (650) 871-9552
    E-Mail (Optional):

I consent to the above substitution.
Date: 12-22-11

CLARITO REALICA
_[signature]_
(Signature of Party (s))

I consent to being substituted.
Date: 12-7-11

RICHARD BECKMAN
_[signature]_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/8/11

_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/3/12

_[signature]_
Judge
HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]