SAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

**FILED**
JAN 0 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Christophe Juncker, et al.
    Plaintiff (s),

v.

Clarito Realica, et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-00886-hrl

Notice is hereby given that, subject to approval by the court, **ELVIRA REALICA** substitutes
(Party (s) Name)

**Kevin K. Cholakian / Brian Finn**, State Bar No. **103423/142368** as counsel of record in
(Name of New Attorney)

place of **Richard Beckman**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cholakian & Associates
Address: 400 Oyster Point Blvd., Ste. 415, South San Francisco, CA 94080
Telephone: (650) 871-9544    Facsimile (650) 871-9552
E-Mail (Optional):

I consent to the above substitution.
Date: 12-27-2011
    ELVIRA REALICA
(Signature of Party (s))

I consent to being substituted.
Date: 12-7-11
    RICHARD BECKMAN
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/8/11
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/3/12
    Judge HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]