◎ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California | **FILED** |

Christophe Juncker, et al.
　　　　　　　Plaintiff (s),

v.

Clarito Realica, et al.
　　　　　　　Defendant (s),

CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY

CASE NUMBER: 11-cv-00886-hrl

JAN 0 3 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Notice is hereby given that, subject to approval by the court, __MARK REALICA__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Kevin K. Cholakian / Brian Finn__, State Bar No. __103423/142368__ as counsel of record in
　(Name of New Attorney)

place of __Richard Beckman__
　　　　　　(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　Firm Name: 　　Cholakian & Associates
　Address: 　　　400 Oyster Point Blvd., Ste. 415, South San Francisco, CA 94080
　Telephone: 　　(650) 871-9544　　　　　　　　Facsimile (650) 871-9552
　E-Mail (Optional):

I consent to the above substitution.
Date: 12/22/11
　　　　　　　　　　　　　　　MARK REALICA
　　　　　　　　　　　　　　　_Mark Benedict Realica_
　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date: 12-2-11
　　　　　　　　　　　　　　　RICHARD BECKMAN
　　　　　　　　　　　　　　　_R. Beck_
　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/8/11
　　　　　　　　　　　　　　　_BF_
　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/3/12
　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]