AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**FILED**

JAN 0 9 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| Northern | **District of** | California |
|---|---|---|

Christophe Juncker, et al.

Plaintiff(s),

V.

Clarito Realica, et al.

Defendant(s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  11-cv-00886-hrl

Notice is hereby given that, subject to approval by the court,  RICARDO DELEON  substitutes

<u>(Party (s) Name)</u>

Kevin K. Cholakian / Brian Finn , State Bar No.  103423/142368  as counsel of record in

(Name of New Attorney)

place of  Richard Beckman

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Cholakian & Associates

Address:        400 Oyster Point Blvd., Ste. 415, South San Francisco, CA 94080

Telephone:     (650) 871-9544           Facsimile   (650) 871-9552

E-Mail (Optional):

I consent to the above substitution.

Date:  12/21/11

RICARDO DELEON

(Signature of Party (s))

I consent to being substituted.

Date:  12-7-11

RICHARD BECKMAN

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  12/8/11

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  1/9/12

HOWARD R. LLOYD
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]