AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

FILED
JAN 09 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Northern District of California

Christophe Juncker, et al.
           Plaintiff(s),
V.
Clarito Realica, et al.
           Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-cv-00886-hrl

Notice is hereby given that, subject to approval by the court, __REGINA VENTURA__ substitutes
(Party (s) Name)

__Kevin K. Cholakian / Brian Finn__, State Bar No. __103423/142368__ as counsel of record in
(Name of New Attorney)

place of __Richard Beckman__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Cholakian & Associates
    Address: 400 Oyster Point Blvd., Ste. 415, South San Francisco, CA 94080
    Telephone: (650) 871-9544      Facsimile (650) 871-9552
    E-Mail (Optional): _____

I consent to the above substitution.
Date: 12-30-2011

REGINA VENTURA
_(signature)_
(Signature of Party(s))

I consent to being substituted.
Date: 12-7-11

RICHARD BECKMAN
_(signature)_
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/8/11

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/9/12

_(signature)_
Judge
HOWARD R. LLOYD

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]