1

2                                     **\*E-FILED:  May 11, 2012\***

3

4

5

6

7                              NOT FOR CITATION

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

| | |
|---|---|
| 11 CHRISTOPHE JUNCKER, individually and as Guardian Ad Litem for MARINA MARTIN-<br>12 JUNCKER; VALERIE BARRON, individually and as Guardian Ad Litem for LAMART<br>13 JOHNSON, LASHAWN JOHNSON and KATAESHA DUBOSE, and KELVIN<br>14 DUBOSE, | No. C11-00886 HRL<br><br>**ORDER RE DISCOVERY DISPUTE JOINT REPORT #1**<br><br>**[Re:  Docket No. 30]** |
| 15        Plaintiffs, | |
| 16   v. | |
| 17 CLARITO REALICA, ELVIRA REALICA, MARK REALICA, RICARDO DE LEON, and<br>18 REGINA VENTURA, | |
| 19        Defendants. | |
| 20     _____/ | |

21       Plaintiffs filed a Discovery Dispute Joint Report (DDJR) #1, seeking an order

22 compelling the Realica defendants and defendant Ventura to respond to interrogatories and

23 requests for production.  The matter is deemed suitable for determination without oral

24 argument.  Civ. L.R. 7-1(b).  Having considered the DDJR, as well as the parties' subsequent

25 joint status report re those discovery disputes, the court rules as follows:

26       The issue, as the court understands it, concerns the timing of defendants' responses,

27 which had been long delayed for various reasons.  In the parties' Joint Letter Regarding Status

28 of Discovery Disputes, defense counsel (who substituted into the case in December 2011)

1    represented that he would serve the Realicas' discovery responses by January 6, 2012.  No

2    similar representation was made with respect to Ventura's responses.[1]  But, in any event, given

3    the passage of time since counsel's substitution into the case, the court assumes that the

4    Realicas' and Ventura's discovery responses have been served by now.[2]  If so, the matter

5    appears to be moot; and, under the circumstances presented, the court is disinclined to impose

6    discovery sanctions.

7            SO ORDERED.

8    Dated: May 11, 2012

9    _____

10   HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26           [1]      Defendants simply said that "[t]he timetable relating to the involvement of
     Chalakian Office is the same for defendants Ventura and De Leon."  (Dkt. 45, Joint Letter
27   Regarding Status of Discovery Disputes at 4).

28           [2]      If the court is incorrect in its assumption about service of defendants'
     discovery responses, plaintiffs may so advise the court.  And, defendants would be well
     advised to serve their responses forthwith.

United States District Court
For the Northern District of California

2

1   5:11-cv-00886-HRL Notice has been electronically mailed to:

2   Jessica Fry     jessicaf@lawfoundation.org

3   Jessica Lynn Fry     jessicaf@lawfoundation.org, teresam@lawfoundation.org

4   Kevin K. Cholakian     kcholakian@cholakian.net, cthomas@cholakian.net,
    dtooley@cholakian.net, jkung@cholakian.net, rjones-shine@cholakian.net,
5   szaghari@cholakian.net

6   Sayuri K. Sharper     ssharper@alum.mit.edu, ssharper@sharperlaw.com

7   Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3