United States District Court
For the Northern District of California

***E-FILED: May 11, 2012***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHRISTOPHE JUNCKER, individually and as Guardian Ad Litem for MARINA MARTIN-JUNCKER; VALERIE BARRON, individually and as Guardian Ad Litem for LAMART JOHNSON, LASHAWN JOHNSON and KATAESHA DUBOSE, and KELVIN DUBOSE,

Plaintiffs,

v.

CLARITO REALICA, ELVIRA REALICA, MARK REALICA, RICARDO DE LEON, and REGINA VENTURA,

Defendants.
_______________________________________/

No. C11-00886 HRL

**ORDER RE DISCOVERY DISPUTE JOINT REPORT #2**

**[Re: Docket No. 33]**

Having considered plaintiffs' Discovery Dispute Joint Report (DDJR) #2, as well as the parties' subsequent Joint Letter Regarding Status of Discovery Disputes,[1] the court rules as follows:

The parties indicated that they would work to find a mutually agreeable date for defendant Ventura's continued deposition. The court having been called upon to referee a mid-deposition dispute as to that examination, plaintiffs' request with respect to the scheduling of Ventura's deposition is denied as moot.

---

[1] The matter is deemed suitable for determination without oral argument. Civ. L.R. 7-1(b).

United States District Court
For the Northern District of California

Plaintiffs' request for an order finding Irene Potter[2] in contempt and compelling her to appear for deposition is denied. Plaintiffs have not convincingly demonstrated that the requested testimony is relevant or reasonably calculated to lead to the discovery of admissible evidence. FED. R. CIV. P. 26(b)(1). Additionally, the court finds that the likely benefit of the information sought is outweighed by the burden and expense that would be imposed. FED. R. CIV. P. 26(b)(2)(C)(iii).

SO ORDERED.

Dated: May 11, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

[2] The parties also refer to Potter as "Ms. Koh Potter" and "Ms. Koh."

5:11-cv-00886-HRL Notice has been electronically mailed to:

Jessica Fry jessicaf@lawfoundation.org

Jessica Lynn Fry jessicaf@lawfoundation.org, teresam@lawfoundation.org

Kevin K. Cholakian kcholakian@cholakian.net, cthomas@cholakian.net, dtooley@cholakian.net, jkung@cholakian.net, rjones-shine@cholakian.net, szaghari@cholakian.net

Sayuri K. Sharper ssharper@alum.mit.edu, ssharper@sharperlaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.



United States District Court
For the Northern District of California