**E-FILED: July 24, 2012**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHE JUNCKER, individually and as Guardian Ad Litem for MARINA MARTIN-JUNCKER; VALERIE BARRON, individually and as Guardian Ad Litem for LAMART JOHNSON, LASHAWN JOHNSON and KATAESHA DUBOSE; and KELVIN DUBOSE,<br><br>   Plaintiffs,<br>   v.<br><br>CLARITO REALICA; ELVIRA REALICA; MARK REALICA; RICARDO DE LEON; and REGINA VENTURA,<br><br>   Defendants. | No. C11-00886 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

Plaintiffs having advised that this case settled, all previously scheduled deadlines and appearances are vacated.

**On or before August 31, 2012**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 11, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than September 4, 2012**. The joint statement shall state

1  (1) the status of the activities of the parties in finalizing settlement; and (2) how much
2  additional time, if any, is requested to finalize the settlement and file the dismissal. If a
3  stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically
4  vacated and the parties need not file a joint statement in response to this Order.
5       SO ORDERED.
6  Dated: July 24, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:11-cv-00886-HRL Notice has been electronically mailed to:

2  Jessica Fry     jessicaf@lawfoundation.org

3  Jessica Lynn Fry     jessicaf@lawfoundation.org, teresam@lawfoundation.org

4  Kevin K. Cholakian     kcholakian@cholakian.net, cthomas@cholakian.net, dtooley@cholakian.net, jkung@cholakian.net, smack@cholakian.net,
5  szaghari@cholakian.net

6  Nadia Aziz     nadia.aziz@lawfoundation.org

7  Sayuri K. Sharper     ssharper@alum.mit.edu, ssharper@sharperlaw.com

8  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.